UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Grace Numerosi as Mother and )
next friend to B.N., a minor, )
              Plaintiff )
               )
v. )   Civil Action
               )   No.:
Wyndham Vacation Ownership, Inc.,)
              Defendant )

## PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

### PARTIES

1. The plaintiff, Grace Numerosi as Mother and next friend to B.N., a minor, is a natural citizen of the United States with a place of residence in Gloucester, Massachusetts.

2. The defendant, Wyndham Vacation Ownership, Inc., is a business with a principal place of business located at 6277 Sea Harbor Drive, Orlando, Florida 32821 and doing business in Rhode Island.

### JURISDICTION

3. Jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C., Section 1332. This action is brought between parties of different states and the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest and costs.

### VENUE

4. Venue is appropriate as defendant has minimum contacts in the Commonwealth of Massachusetts to justify the appropriate statutes.

### FACTS

5. The plaintiff re-alleges and re-avers paragraphs 1-4 as if expressly stated herein.

6. At all times relevant hereto, the defendant, Wyndham Vacation Ownership, Inc., was the owner/operator a hotel located in Newport, Rhode Island (hereinafter the "Premises").

7. On or about August 25, 2016, Grace Numerosi and her family were guests lawfully on defendant's resort.

8. Plaintiff and her family were in the pool area of defendant's property.

9. B.N., a minor, entered an unlocked and unattended fitness facility adjacent to the swimming pool area.

10. The door to the fitness facility was propped open by a trash receptacle.

11. Without any supervision by staff, B.N., started to use a treadmill located inside the fitness room.

12. While using the treadmill, B.N got his right hand lodged inside the treadmill.

13. By having the door to the fitness room propped open, B.N. was severely injured on the treadmill.

14. B.N. sustained second degree burns to his right hand as well as structural injuries as he was unable to dislodge his hand from the treadmill.

15. B.N. was transported to Newport Hospital by his mother.

## COUNT I
*Negligence v. Wyndham Vacation Ownership*

16. The Plaintiff re-alleges and re-avers paragraphs 1-14 as if expressly stated herein.

17. At all relevant times, the Defendant, by and through their agents and employees had a duty to exercise reasonable care for the Plaintiff's safety during the time that the Plaintiff was on the premises. The defendant owed the Plaintiff a duty to provide a reasonable and safe premise, to regularly inspect and survey the premises, including the fitness room, to ensure that no hazardous conditions existed; to not create a hazardous condition for the Plaintiff; and to otherwise exercise reasonable care.

18. The Defendant knew or should have known that hazardous conditions existed and that the Defendant had created these hazardous conditions which could lead to serious injury to the Plaintiff by leaving the door to the fitness room propped open and not properly shut.

19. The Defendant breached the aforesaid duties, as their agents and employees failed to exercise reasonable care for the Plaintiff's safety during the time that the Plaintiff was on the Defendants' premises, by failing to provide a reasonably safe premises; failing to regularly inspect and survey the premises, including the fitness room to ensure that no hazardous conditions existed; and by creating a hazardous condition that caused injury to the Plaintiff.

20. As a direct and proximate result of the Defendant's breach of duty, the Plaintiff sustained personal injuries, for which medical treatment was required.

WHEREFORE, the plaintiff, Grace Numerosi, demands judgment against the defendant, Wyndham Vacation Ownership, Inc., in the sum of ONE MILLION ($1,000,000.00) DOLLARS together with costs and interest.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS**

Plaintiff,
By her attorneys,

/s/ Samuel B. Chipman, Esq.
SAMUEL B. CHIPMAN, ESQ.
BBO# 680922
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
Tel: (978) 283-8100
Fax: (978) 283-8507
firm@orlandoassociates.com

Cases/Numerosi/GraceforBen/PltfsComplaint